IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 19-88-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DARRYL JASON DEMPSEY, | |
| Defendant. | |

Defendant Darryl Jason Dempsey, having filed a Motion to Appear via Video for Sentencing Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Darryl Jason Dempsey may appear via video for the Sentencing Hearing, currently scheduled for October 7, 2020, at 11:00 a.m. from Core Civic facility in Shelby, Montana.

DATED this 9th day of September, 2020.

Brian Morris, Chief District Judge
United States District Court

1